**Order entered July 2, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01354-CV

### SHIRLEY HARTSFIELD, Appellant

### V.

### BANK OF AMERICA, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-08202**

## ORDER

Before the Court is appellant's June 29, 2018 motion for leave to file a reply brief with an attached video surveillance disk that was not considered by the trial court. We **DENY** the motion. We **DIRECT** the Clerk of this Court to return the reply brief along with the disk to appellant.

/s/    ADA BROWN
JUSTICE